# UNITED STATES DISTRICT COURT
### for the
### Western District of North Carolina

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | |
| Gregory Lee Pettit | ) | Case No. 1:25-mj-00027-WCM |
| | ) | |
| | ) | |
| | ) | |
| | ) | |

*Defendant(s)*

## RULE 4.1 - CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of _July 23, 2025_ in the county of _Buncombe_ in the
_Western_ District of _North Carolina_ , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 26 U.S.C. § 5861(d) | Possession of unregistered NFA destructive device |

This criminal complaint is based on these facts:
See Attached Affidavit

☒ Continued on the attached sheet.

_/s/ Tyler Billings_
*Complainant's signature*

Tyler Billings,
Special Agent, Bureau of Alcohol, Tobacco and Firearms
*Printed name and title*

Sworn in accordance with Rule 4.1.

W. Carleton Metcalf
United States Magistrate Judge

*Judge's signature*

Date: 07/28/2025

City and state: _Asheville, North Carolina_

Honorable W. Carleton Metcalf, United States Magistrate Judge
*Printed name and title*